IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO.: 2:21-cv-781

REMOVED FROM THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL
CIRCUIT IN AND FOR LEE COUNTY, FLORIDA, CIVIL DIVISION
CASE NO.: 2021-CA-005301

RAYMOND JONES,

    Plaintiff,

vs.

SHAW DEVELOPMENT, LLC, a
Florida Limited Liability Company

    Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL**

    Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, SHAW DEVELOPMENT, LLC ("Shaw"), hereby removes the above-captioned action from the Circuit Court of the Twentieth Judicial Circuit in and for Lee County to the United States District Court for the Middle District of Florida, Ft. Myers Division. In support thereof, Shaw states:

    **I.**    **Nature of Action**

    1.    On September 30, 2021, Plaintiff, RICHARD JONES ("Jones"), filed his Complaint ("State Court Complaint") in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida captioned *Richard Jones v. Shaw Development, LLC* and bearing case number 2021-CA-005301. **A copy of the State Court Complaint is**

**attached hereto as an Exhibit pursuant to Middle District of Florida, Local Rule 1.06.**

2.  Jones alleges that he suffered damages as a result of Shaw's retaliation under the Family and Medical Leave Act and for retaliation under the Florida Civil Rights Act of 1992 (*See* State Court Complaint ¶ 1).

3.  Jones brings claims under 29. U.S.C. § 2601 *et seq.* (Family and Medical Leave Act), which is a law of the United States and is within the jurisdiction of this Court.

4.  This Court has jurisdiction under 28 U.S.C. § 1331 and removal to this Court is proper pursuant to the provisions of 28 U.S.C. § 1441(c)(1)(A). The Circuit Court for Lee County is within the Ft. Myers Division of the United States District Court for the Middle District of Florida.

## II.  Parties

5.  Jones is a resident of Lee County, Florida. (*See* State Court Complaint ¶ 7).

6.  Shaw is a Florida Limited Liability Company (*See* State Court Complaint ¶ 6).

## III.  Removal Procedure

7.  On October 13, 2021, a Summons and the State Court Complaint were served on Shaw. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the

Summons and Complaint served on Shaw in the State Court Action are attached and incorporated as an exhibit **pursuant to Middle District of Florida, Local Rule 1.06.**

8.  When Shaw was served with the Summons and the State Court Complaint, such notice was the first receipt of any pleading in this matter. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being filed within thirty (30) days of first receipt by Shaw of the State Court Complaint.

9.  The State Court Complaint was filed in the Lee County Circuit Court, Florida, and therefore, venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446.

10. No activity has occurred in the state court in this case as of the date of the filing of this Notice of Removal.

11. A Notice of Filing of Notice of Removal is being filed with the Clerk of Court for the Twentieth Judicial Circuit in and for Lee County, Florida and is being served on Jones.

12. Shaw has met all procedural requirements for removal, and respectfully requests that the Court take jurisdiction over this matter and conduct all further proceedings in this case. Shaw reserves the right to amend or supplement this Notice of Removal.

[The remainder of this page was intentionally left blank.]

Dated: October 25, 2021

Respectfully submitted,

MCDONALD HOPKINS, LLC
*Attorneys for Shaw.*

/s/ *Craig S. Distel*
Craig S. Distel, Esq.
Florida Bar No. 105098
Email: cdistel@mcdonaldhopkins.com
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Tel: (561) 472-2121
Fax: (561) 472-2122

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk and all attorneys of record using Florida Middle District's e-Filing Portal on October 25, 2021.

By: *Craig S. Distel*
   Craig S. Distel, Esq.

{9918308: }

4